UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JUSTIN WADSWORTH, | |
| Petitioner, | |
| v. | Civil No. 4:23-cv-04023-JPG |
| UNITED STATES OF AMERICA, | Criminal No. 4:20-cr-40045-JPG |
| Respondent. | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on a petition for writ of habeas corpus pursuant to 28 U.S.C. §2255 (Doc. 1). Wadsworth filed his petition on December 26, 2023. Finding that the petition passes preliminary review, the Court **ORDERS** the Government to respond by March 11, 2024.

On June 30, 2022, Wadsworth pled guilty to one count of attempted enticement of a minor and one count of attempted commercial sex trafficking of a child. He was sentenced to 180 months in prison.

In his § 2255 petition, Wadsworth claims that his counsel, Assistant Federal Public Defender Kim C. Freter, provided ineffective assistance, in violation of the Fifth and Sixth Amendments to the United States Constitution. He claims Freter was provided ineffective assistance because he—Wadsworth—"directed [his attorney] to file a notice of appeal. [However, his attorney] did not file a notice of appeal." No appeal was filed in Wadsworth's case.

Additionally, he claims that he did not satisfy the intent element for enticement for the counts he pled guilty to and that his attorney failed to adequately advise him of the law.

Wadsworth's petition is timely because it was filed within the one-year time limit for § 2255's under § 2255(h). Pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts ("Habeas Rules"), it is not plain from the motion and the record of the prior proceedings that the petitioner is not entitled to relief on any ground.

Accordingly, the Court **ORDERS** the Government to file a response by March 11, 2024. The Government shall, as part of its response, attach all relevant portions of the record in the underlying criminal case. The Petitioner shall have fourteen (14) days to reply to the Government's response.

**IT IS SO ORDERED.**
**DATED:  February 8, 2024**

                                              *s/ J. Phil Gilbert*_____
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**