UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JUSTIN A. WADSWORTH, | |
| Petitioner, | |
| v. | Case No. 4:23-cv-04023-JPG |
| UNITED STATES OF AMERICA, | Criminal No. 4:20-cr-40045-JPG |
| Respondent. | |

## MEMORANDUM AND ORDER

This matter comes before the Court on a petition to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. (Doc. 1). The Court has determined that, while some of Wadsworth's claims are frivolous, one of his claims requires an evidentiary hearing for the Court to resolve. (Doc. 19). Per Rule 8(c) of the Rules Governing Section 2255 Proceedings, when an evidentiary hearing is warranted to resolve a factual dispute, the Court must appoint an attorney to represent a petitioner under 18 U.S.C. § 3006A.

Accordingly, the Court, pursuant to Rule 8(c) and 18 U.S.C. § 3006A, hereby **APPOINTS** CJA Panel Attorney **Robert L. Elovitz** to represent Wadsworth for the purposes of the evidentiary hearing.

This appointment does not extend to representation for other aspects of this § 2255 case. Should it become apparent after the hearing that further briefing on Wadsworth's § 2255 petition is necessary, the Court will enter an appropriate order at that time.

Furthermore, the Court **DIRECTS** the Clerk of Court to add Elovitz as an attorney of record for Wadsworth in this case and the underlying criminal case (Criminal No. 4:20-cr-40045-JPG) and allow Elovitz access to sealed documents therein.

1

**IT IS SO ORDERED.**
**DATED:  June 25, 2024**

*s/ J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**