# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JUSTIN A. WADSWORTH, | ) |
| Petitioner, | ) |
| v. | ) Case No. 4:23-cv-4023-JPG |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## JUDGMENT IN A CIVIL CASE

This matter having come before the Court, and the Court having denied Petitioner Justin A. Wadsworth's Motion to Vacate, Set Aside, or Correct Sentence;

**IT IS HEREBY ORDERED AND ADJUDGED** that Petitioner's application for habeas corpus is dismissed on the merits.

**DATED:  August 29, 2024**

MONICA A. STUMP, Clerk of Court

By:  *s/Tina Gray,*
Deputy Clerk

**APPROVED:** *s/J. Phil Gilbert*
J. PHIL GILBERT
U.S. DISTRICT JUDGE